**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Marcus L. LEMMONS, Defendant-Appellant.**

**No. 15-10589
Non-Argument Calendar**

United States Court of Appeals,
Eleventh Circuit.

January 19, 2017

Arthur Lee Bentley, Germaine Seider, III, U.S. Attorney's Office, TAMPA, FL, Emmett Jackson Boggs, U.S. Attorney's Office, ORLANDO, FL, for Plaintiff–Appellee

Stephen John Langs, Federal Public Defender's Office, ORLANDO, FL, Marcus Lorene Lemmons, USP Coleman II–Inmate Legal Mail, COLEMAN, FL, for Defendant - Appellant

Before JORDAN, ROSENBAUM and JULIE CARNES, Circuit Judges.

PER CURIAM:

Angela B. Wright, appointed counsel for Marcus L. Lemmons in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Lemmons's conviction and sentence are **AFFIRMED**.